CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 1 1 2007

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Charlottesville Division

| | |
|---|---|
| **United States of America,** Petitioner | CASE NO.: 3:07-MC-00011 |
| v. | **Notice of Appeal** |
| **Thomas T. Scambos, Jr.,** Respondent | |

## Notice of Appeal

Notice is hereby given that Thomas T. Scambos, Jr., Respondent in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from an Order from the District Court for the Western District of Virginia, Charlottesville Division, regarding the enforcement of an IRS personal Summons, District Court Case No.: 3:07-MC-00011, the honorable B. Wambaugh Crigler presiding, entered in this action on the 23rd day of August, 2007.

_____
Thomas T. Scambos, Jr.
19400 Walnut Hills Rd.
Jeffersonton, VA 22724
(540) 937-3098
Appellant, In Propria Persona