FILED: March 19, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-2102
(3:07-mc-00011-nkm-bwe)

_____

UNITED STATES OF AMERICA,

     Petitioner - Appellee

v.

THOMAS T. SCAMBOS, JR.,

     Respondent - Appellant

_____

J U D G M E N T
_____

   In accordance with the decision of this Court, the judgment
of the District Court is affirmed.

   This judgment shall take effect upon issuance of this
Court's mandate in accordance with Fed. R. App. P. 41.

        /s/ PATRICIA S. CONNOR, CLERK